UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------)
BOBBIE JEAN HATHAWAY,                    )
                                         )
    Plaintiff,                           )
                                         )    No. 8:15-cv-00371-FJS
v.                                       )
                                         )
NANCY A. BERRYHILL,[1]                   )
ACTING COMMISSIONER                      )    STIPULATION AND ORDER
OF SOCIAL SECURITY,                      )    FOR PAYMENT OF ATTORNEY'S FEES
                                         )    PURSUANT TO THE
Defendant.                               )    EQUAL ACCESS TO JUSTICE ACT
-------------------------------------------------------)

    IT IS HEREBY STIPULATED AND AGREED, by and between Mark A. Schneider, Esq. (attorney for the Plaintiff) and RICHARD S. HARTUNIAN, United States Attorney, and Emily M. Fishman, Special Assistant United States Attorney (attorneys for Defendant), that Defendant shall pay Plaintiff the sum of **$15,000.00** in attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (the "EAJA"). Such award is made in full satisfaction of any and all claims for attorney's fees, costs, and other expenses in connection with this action *and* in connection with Second Circuit Court of Appeals No. 16-1500cv.

    It is further agreed that such fees are payable to Plaintiff, but if Plaintiff does not owe a debt subject to offset under the Treasury Offset Program, payable to Plaintiff's attorney, inasmuch as Plaintiff has agreed to assign her rights to such fees to her attorney.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be

Dated: Syracuse, New York

    This 21st day of April, 2017

                    RICHARD S. HARTUNIAN
                    United States Attorney
                    Northern District of New York
                    Attorney for Defendant

                    By: */s/ Emily M. Fishman*
                        Emily M. Fishman
                        Special Assistant U.S. Attorney
                        c/o Social Security Administration
                        Office of the General Counsel, Region II
                        26 Federal Plaza, Room 3904
                        New York, NY  10278-0004
                        Tel. (212) 264-2644
                        emily.fishman@ssa.gov
                        Bar No. 518330


                    */s/ Mark A. Schneider*
                    Mark A. Schneider
                    Schneider & Palcsik
                    Attorney for Plaintiff
                    57 Court Street
                    Plattsburgh, NY  12901
                    (518) 566-6666
                    argoschnei@yahoo.com

IT IS SO ORDERED:

_____

Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated:  April 25, 2017
       Syracuse, NY

---

taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).