# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **JUDGMENT IN A CIVIL CASE**

BOBBIE JEAN HATHAWAY,

          Plaintiff,

v.                 **CASE NUMBER: 8:15-CV-371 (FJS)**

CAROLYN COLVIN,
Commissioner of Social Security,

          Defendant.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Judgment, dated May 9, 2016, is VACATED, *see* dkt. no. 16, and the matter is REMANDED to the administrative law judge for further consideration.

All of the above pursuant to the mandate of the Second Circuit Court of Appeals issued the 9th day of June, 2017.

DATED: June 12, 2017

_____
Clerk of Court

s/ _____
Nicole Eallonardo
Deputy Clerk